# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE: Mohammad NADEEM

I, Luis Herrera, declare and state as follows:

On or about April 27, 2020 the defendant Mohammad NADEEM was apprehended in Laredo, Texas. After a brief interview it was determined that, Mohammad NADEEM was an undocumented alien from Pakistan and subsequently placed under arrest. Further investigation revealed that Mohammad NADEEM was previously REMOVED from the United States on 02/12/2018 at El Paso, Tx. There is no record that Mohammad NADEEM has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.
I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 28th day of April 2020 at Laredo, Tx.

_____
Luis Herrera
Border Patrol Agent
United States Border Patrol

    Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on

_____
Diana Song Quiroga
United States Magistrate Judge